AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:24mj53 | Date and time warrant executed: 09/11/2024   8:30 am | Copy of warrant and inventory left with: Kinsey Stansell |
|---|---|---|

Inventory made in the presence of:
Kinsey Stansell

Inventory of the property taken and name of any person(s) seized:

Sixteen evidence items consisting of maps, intelligence reports and assessments produced by multiple United States intelligence community members, military briefing packets, handwritten notes and other sensitive materials. These items consisted of classified materials at the Top Secret - Sensitive Compartmented Information, Secret, Controlled Unclassified Information, and Unclassified For Official Use Only levels.

Two laptop computers.

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

September 17, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/16/2024

*Executing officer's signature*

Matthew S. Rader, Special Agent, FBI

*Printed name and title*

Received in chambers by reliable electronic means on September 16, 2024.

USMJ